kmp7299/MM
Return Date & Time:
July 30, 2020 at 09:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 13 Case No: 20-10004
IN RE:
                                                                NOTICE OF MOTION
Imran Mohammad Shah
*aka* Diveristy Homes Inc.,

                          Debtor(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green New York, NY 10004, on July 30, 2020 at 09:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       July 8, 2020

                                               /s/ *Krista M. Preuss*
                                             KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
                                             399 KNOLLWOOD ROAD, STE 102
                                             WHITE PLAINS, NY 10603
                                             (914)328-6333

kmp7299/MM
Return Date and Time:
July 30, 2020 at 09:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Chapter 13 Case No: 20-10004
IN RE:

Imran Mohammad Shah
*aka* Diveristy Homes Inc.,
                                                                                                                                  APPLICATION
                              Debtor(s).
------------------------------------------------------------X

TO THE HONORABLE, CECELIA G. MORRIS, CHIEF U.S. BANKRUPTCY JUDGE:

KRISTA M. PREUSS, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

    1.    The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 02, 2020, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

    2.    This is the Debtor's eighth bankruptcy case. The Debtor's first case, 15-36323 was filed under Chapter 7 on June 3, 2003 and was discharge September 24, 2003. The Debtor's second case was filed under Chapter 13 on June 22, 2017 and was dismissed October 23, 2017. The Debtor's third case, 18-10117, was filed under Chapter 3 on January 18, 2018 and was dismissed April 17, 2018. The Debtor's fourth case 18-13152 was filed under Chapter 13 on October 18, 2018 and was dismissed on February 08, 2019. The Debtor's fifth case, 19-10892, was filed under Chapter 13 on March 27, 2019 and dismissed on June 25, 2019. The Debtor's sixth case 19-12200, was filed under Chapter 13 on July 2, 2019 and was dismissed on October 03 ,2019.

    3.    The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

        a. official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v);

        b. complete schedules of assets and liabilities pursuant to 11 U.S.C. §521(a)(1)(B)(i);

        c. schedules I and J pursuant to 11 U.S.C. §521(a)(1)(B)(ii);

        d. statement of Financial Affairs pursuant to 11 U.S.C. §521(a)(1)(B)(iii); and

        e. copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

4. Furthermore, the Debtor has failed to:

   a. file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1);

   b. file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b);

   c. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

   d. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

   e. provide the Trustee a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i).

5. The time limits set forth in Bankruptcy Rule 1007(c) have expired and no extension of time has been granted by the Court.

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       July 8, 2020

/s/ *Krista M. Preuss*
Krista M. Preuss, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Chapter 13 Case No: 20-10004
IN RE:

Imran Mohammad Shah
*aka* Diveristy Homes Inc.,

                                                                  CERTIFICATE OF SERVICE
                                                                         BY MAIL

                                             Debtor.
------------------------------------------------------------X

        This is to certify that I, Nancy Barreiro , have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Imran Mohammad Shah.
3208 Layton Ave
Bronx, NY 10465


This July 8, 2020

/s/Nancy Barreiro
Nancy Barreiro, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CHAPTER 13 CASE NO: 20-10004
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

**Imran Mohammad Shah aka Diveristy Homes Inc.,**

Debtor(s).

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**