UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X            Chapter 13
IN RE:                                                                Case No. 20-10004-CGM

Imran Mohammad Shah
*aka* Diveristy Homes Inc,

                                 Debtor.
---------------------------------------------------------X

## ORDER DISMISSING CASE

UPON the motion, dated July 08, 2020 of Krista M. Preuss, Chapter 13 trustee, (the "Trustee") seeking entry of an order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c); and due notice of the motion having been given to all necessary parties; and upon the record of the hearing held by the Court on the motion on July 30, 2020 and all of the proceedings herein; and

WHEREAS, the Debtor failed to file a Chapter 13 plan, as required by 11 U.S.C. § 1321 and Fed. R. Bankr. P. 3015(b); and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to appear and be examined at the section 341 meeting of creditors as required by 11 U.S.C. § 343; and

WHEREAS, the Debtor failed to file complete schedules of assets and liabilities as required by 11 U.S.C. § 521(a)(1)(B)(i); and

WHEREAS, the Debtor failed to file Schedules I and J as required by 11 U.S.C. § 521(a)(1)(B)(ii); and

WHEREAS, the Debtor failed to file a Statement of Financial Affairs as required by 11 U.S.C. § 521(a)(1)(B)(iii); and

WHEREAS, the Debtor failed to file copies of payment advices or other evidence of payment received from any employer within the last 60 days before the filing of the petition as required by 11 U.S.C. § 521(a)(1)(B)(iv); and

WHEREAS, the Debtor failed to file an Official Form B22C, Statement of Monthly Income and Disposable Income, as required by 11 U.S.C. § 521(a)(1)(B)(v); and

WHEREAS, the Debtor failed to comply with 11 U.S.C. § 521(e)(2)(A)(i) in that the Debtor has not provided the Trustee with a copy of a Federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, each of the foregoing constitutes cause for dismissal of this Chapter 13 case; it is accordingly

ORDERED, that this Chapter 13 case be dismissed pursuant to 11 U.S.C. § 1307(c).  The Trustee shall take all actions required by such dismissal.



**Dated: August 14, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**