**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Imran Mohammad Shah    CASE NO.: 20–10004–cgm
 aka   Diversity Homes Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–3279   81–1096721

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: September 1, 2020                                              Cecelia G. Morris, Bankruptcy Judge